UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PERSAIDA MALAGUIT MALALIS,<br><br>              Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>              Defendant. | No. 5:20-cv-01827-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 26), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,190.64 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 18, 2022

                                                                      JOHN D. EARLY<br>
                                                      United States Magistrate Judge